UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN REGIONAL COUNCIL
OF CARPENTERS EMPLOYEE
BENEFITS FUND, *et al.*,

    Plaintiffs,

v.

PONTIAC DRYWALL SYSTEMS, *et al.*,

    Defendants.

Case No. 22-cv-10832
Hon. Matthew F. Leitman

_____/

## **ORDER TERMINATING MOTIONS AND STAYING PROCEEDINGS**

On May 16, 2024, the Court held an on-the-record status conference in this action. For the reasons explained during the status conference, **IT IS HEREBY ORDERED** as follows:

- Plaintiffs' motion for summary judgment (ECF No. 29) and Defendants' motion to dismiss (ECF No. 30) are **TERMINATED WITHOUT PREJUDICE**.

- This action shall be **STAYED** until **September 16, 2024**.

- The Court will schedule an additional status conference for after September 16, 2024, if necessary, to discuss next steps in this case.

                                          s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
Dated: June 27, 2024            UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 27, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
